4

COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   **Southern District of Texas, Brownsville Division**

```
Courtroom Clerk     :    M Garcia
ERO                 :    B Vasquez
CSO                 :    Figueroa                    United States District Court
Law Clerk           :    M Knicely                   Southern District of Texas
Interpreter         :    not needed                           FILED
Date                :    April 22, 2004 at 2:00 p.m.      APR 2 2 2004
```

                                                      Michael N. Milby
----------------------------------------------------- Clerk of Court ----------
**CIVIL CASE NO. B-03-216**

**DIRECTV, INC.**                    *              Lecia Chaney

vs

CARLOS A ELIZONDO                         *
-----------------------------------------------------------------------------

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;

Counsel states defendant has not been served but will be able to negotiate a settlement;

Court adjourned.